IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEVANTE PARDUE,

    Defendant.

Case No. 3:18cr109

JUDGE WALTER H. RICE

---

ENTRY RELEASING DEFENDANT TO THE DETAINER OF THE ADULT
PAROLE AUTHORITY, IN ORDER THAT HE MIGHT SERVE HIS POST-
RELEASE CONTROL REVOCATION TIME PRIOR TO SERVING THE
FEDERAL SENTENCE IMPOSED BY THE UNDERSIGNED

---

On April 4, 2019, this Court sentenced the captioned Defendant to a term of custody in the Bureau of Prisons of 37 months. The Court has been advised that Defendant is also facing a number of months in state custody as a result of a violation of Post-Release Control.

It is the order of this Court that Defendant be released to the Adult Parole Authority, instanter, in order that he might serve his Post-Release Control revocation time prior to serving his federal sentence imposed herein by the undersigned. In that manner, he will serve the bulk of his federal sentence AFTER he serves his state court revocation time.

This Court would appreciate notice by both the United States Marshals Service and the Adult Parole Authority, indicating that this Court's Order has been honored.

The U.S. Marshals Service is to place a detainer on Defendant, once he is transferred to state custody.

April 25, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Jordan Lear, Adult Parole Authority
U.S. Marshals Service